**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: 10-CV-226 (PAM/AJB)**

| | |
|---|---|
| Timothy Braun,<br><br>    Plaintiff,<br><br>vs.<br><br>Valentine & Kebartas, Inc., LVNV Funding, LLC, and Resurgent Capital Services, L.P.,<br><br>    Defendants. | **ORDER** |

Based upon the Plaintiff's Notice of Dismissal With Prejudice as to Defendants Valentine & Kebartas, Inc., LVNV Funding, LLC, and Resurgent Capital Services, L.P.

**IT IS HEREBY ORDERED**, that Plaintiff's claims against Defendants Valentine & Kebartas, Inc., LVNV Funding, LLC, and Resurgent Capital Services, L.P., are hereby **VOLUNTARILY DISMISSED** in their entirety, on the merits and **WITH PREJUDICE.** Each party shall bear their own costs and attorneys' fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

                                        BY THE COURT:


Dated: April   2 ,  2010                 s/Paul A. Magnuson
                                        Paul Magnuson, Judge
                                        United States District Court